**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GRACENOTE, INC., | ) |
| | ) |
| *Plaintiff*, | ) |
| v. | ) C.A. No. 1:18-cv-01608-RGA |
| | ) |
| FREE STREAM MEDIA CORP. | ) |
| d/b/a SAMBA TV, | ) |
| | ) |
| *Defendant*. | ) |

## JOINT STIPULATION TO STAY THE CASE FOR 90 DAYS

Plaintiff Gracenote, Inc. ("Gracenote") and Defendant Free Stream Media Corp. (d/b/a Samba TV) ("Samba TV") (together, "the parties") jointly stipulate, subject to the Court's approval, to stay this case for ninety (90) days and to extend all deadlines in the Scheduling Order by approximately 90 days. In support of this joint stipulation and request, the parties state as follows:

1.  On February 19, 2020, the Court entered a Scheduling Order (D.I. 38).

2.  Pursuant to the Scheduling Order, Gracenote's infringement contentions, which must include pinpoint cites to Samba TV's source code, are due on May 20, 2020.

3.  Gracenote has begun its review of Samba TV's source code, which was made available at the end of February on a secure computer in Samba TV's counsel's California offices. Gracenote needs to conduct extensive further review of the source code to be in a position to serve its infringement contentions.

4.  Due to the COVID-19 pandemic, Gracenote has not been able to access Samba TV's source code for further review and likely will not be able to access it in the near future.

5. The source code requires in-person inspection at a secure terminal, pursuant to the agreed procedures set forth in the Source Code Access Agreement (D.I. 37).  However, such in-person inspection is not possible at the present time because California (where the source code is located) is under a stay-at-home order.  In addition, Gracenote's experts reside in foreign countries and cannot travel to the United States.

6. Mehmet Celik, Gracenote's expert who resides in the Netherlands, has been barred from traveling to the U.S. since March 13, 2020, when President Trump instituted an entry ban for individuals traveling from the Netherlands and certain other countries.  (*See* https://travel.state.gov/content/travel/en/traveladvisories/presidential-proclamation--travel-from-europe.html.)

7. Gracenote's other technical expert, Jaap Haitsma, resides in Chile, which has been under a state of emergency since March 19, 2020.  (*See* https://cl.embassy.gov/covid-19-information/.)  While there is no *per se* travel ban to the U.S. from Chile, the U.S. Embassy in Chile advises that the Chilean government may impose travel restrictions on those entering the country "with little or no advance notice."  (*See id.*)  Thus, any travel to the U.S. by Mr. Haitsma carries a substantial risk that he will be prohibited from returning to his home in Chile.  Furthermore, flights into and out of Chile have been substantially reduced, making travel difficult at best.  (*See id.*)

8. Even if Gracenote's experts could travel to the U.S., a recent executive order would prevent them from accessing Samba TV's source code.  In particular, since March 19, 2020, the State of California, where the source code is located and maintained, has been subject to Executive Order N-33-20, which requires all California residents to stay at home.  (*See* https://www.gov.ca.gov/2020/03/19/governor-gavin-newsom-issues-stay-at-home-order/.)  Thus,

the offices of Samba TV's counsel, which is the designated location for all review of Samba TV's source code, have been closed.

9. Gracenote's counsel are located in Illinois and New York, both of which are also subject to stay-at-home orders. (*See* https://www.governor.ny.gov/news/governor-cuomo-signs-new-york-state-pause-executive-order; https://www2.illinois.gov/Pages/Executive-Orders/ExecutiveOrder2020-10.aspx.)

10. Delaying the due date for infringement contentions will have a cascading effect on the other deadlines set forth in the Scheduling Order.

In light of the foregoing, the parties request that the Court stay this case for 90 days and extend all deadlines for approximately the same amount of time. The chart attached to this Joint Stipulation sets forth the current case schedule along with a proposed new schedule that moves each of the remaining deadlines by approximately 90 days.

Dated:  April 13, 2020
6656361/45232

Respectfully submitted,

*Attorneys for Defendant*
*Free Stream Media Corp. d/b/a Samba TV*

By: */s/ Kelly E. Farnan*
**Kelly E. Farnan (#4395)**
*farnan@rlf.com*
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700

OF COUNSEL:

**Sten Jensen**
*sjensen@orrick.com*
**Orrick Herrington & Sutcliffe LLP**
Columbia Center 1152
15th Street, N.W.
Washington, DC 20005
Telephone:  (202) 339-8436

**Clement Seth Roberts**
*croberts@orrick.com*
**Orrick Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  (415) 773-5700

**Alyssa Caridis**
*acaridis@orrick.com*
**Orrick Herrington & Sutcliffe LLP**
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 612-2372

*Attorneys for Plaintiff*
*Gracenote, Inc.*

By: */s/ David E. Moore*
**David E. Moore (#3983)**
*dmoore@potteranderson.com*
**Stephanie E. O'Byrne (#4446)**
*sobyrne@potteranderson.com*
**Bindu A. Palapura (#5370)**
*bpalapura@pottersanderson.com*
**Potter Anderson & Corroon LLP**
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6251

OF COUNSEL:

**Steven Yovits**
*syovits@kelleydrye.com*
**Constantine Koutsoubas**
*ckoutsoubas@kelleydrye.com*
**Mark J. Scott**
*mascott@kelleydrye.com*
**Kelley Drye & Warren LLP**
333 West Wacker Drive
Chicago, IL 60606
Telephone:  (312) 857-7070

**Clifford Katz**
*ckatz@kelleydrye.com*
**Kelley Drye & Warren LLP**
101 Park Avenue
New York, NY 10178
Telephone:  (212) 808-7800

IT IS SO ORDERED this ___ day of April, 2020

_____
The Honorable Richard G. Andrews
United States District Judge

4

**CHART OF FUTURE DEADLINES**

| ITEM | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Gracenote's responses to Samba TV's second set of requests for documents | April 15, 2020 | July 14, 2020 |
| Gracenote's responses to Samba TV's second set of interrogatories | April 15, 2020 | July 14, 2020 |
| Samba TV's responses to Gracenote's second set of requests for documents | April 27, 2020 | July 27, 2020 |
| Samba TV's responses to Gracenote's second set of interrogatories | April 27, 2020 | July 27, 2020 |
| Infringement contentions | May 20, 2020 | August 18, 2020 |
| Joinder of other parties and amendment of pleadings | June 18, 2020 | September 16, 2020 |
| Invalidity contentions | June 19, 2020 | September 17, 2020 |
| Exchange claim terms for construction and proposed constructions | July 3, 2020 | October 1, 2020 |
| Joint claim construction chart | July 10, 2020 | October 8, 2020 |
| Gracenote's opening claim construction brief | July 31, 2020 | October 29, 2020 |
| Document production complete | August 7, 2020 | November 5, 2020 |
| Samba TV's answering claim construction brief | August 21, 2020 | November 19, 2020 |
| Gracenote's reply claim construction brief | September 4, 2020 | December 3, 2020 |
| Samba TV's sur-reply claim construction brief | September 18, 2020 | December 17, 2020 |
| Parties file joint claim construction brief | September 25, 2020 | December 24, 2020 |
| Markman hearing | October 27, 2020 | January 26, 2021 (subject to the Court's availability) |
| Amendment to contentions | 30 days after Markman order | Unchanged |
| Claim and prior art reference narrowing | 14 days after Markman order | Unchanged |
| Fact discovery cut-off | January 15, 2021 | April 15, 2021 |
| Burden of proof opening expert reports | February 22, 2021 | May 24, 2021 |
| Responsive expert reports | March 19, 2021 | June 17, 2021 |
| Reply expert reports | April 12, 2021 | July 12, 2021 |
| Complete expert depositions | May 21, 2021 | August 19, 2021 |
| Case dispositive motions | July 2, 2021 | September 30, 2021 |
| Answering briefs to dispositive motions | July 30, 2021 | October 28, 2021 |
| Reply briefs in support of dispositive motions | August 20, 2021 | November 18, 2021 |
| Pretrial conference | December 3, 2021 | March 3, 2022 (subject to the Court's availability) |
| Trial begins | December 13, 2021 | March 14, 2022 (subject to the Court's availability) |