**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GRACENOTE, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | C.A. No. 1:18-cv-01608-RGA |
| | ) | |
| FREE STREAM MEDIA CORP. | ) | |
| d/b/a SAMBA TV, | ) | |
| *Defendant.* | ) | |

## JOINT STIPULATION TO STAY THE CASE FOR 80 DAYS

Plaintiff Gracenote, Inc. ("Gracenote") and Defendant Free Stream Media Corp. (d/b/a Samba TV) ("Samba TV") (together, "the parties") jointly stipulate, subject to the Court's approval, to stay this case for eighty (80) days and to extend all deadlines in the Scheduling Order by approximately 80 days. In support of this joint stipulation and request, the parties state as follows:

1.      On April 14, 2020, the parties filed a Joint Stipulation to Stay the Case for 90 Days ("the Joint Stipulation") (D.I. 47). In the Joint Stipulation, the parties explained that the deadline for Gracenote's infringement contentions – which are required to include pinpoint cites to Samba TV's source code – was approaching quickly, but conditions imposed by the COVID-19 pandemic made review of Samba TV's source code impossible.

2.      The Court granted the Joint Stipulation on the day it was filed (April 14, 2020) (D.I. 48). The resulting stay expired on July 13, 2020.

3.      Gracenote needs to conduct extensive further review of the source code to be in a position to serve its infringement contentions, which are now due on August 18, 2020 (D.I. 48).

The source code requires in-person inspection at a secure terminal, pursuant to the agreed procedures set forth in the Source Code Access Agreement (D.I. 37).

4.      However, due to the COVID-19 pandemic, Gracenote still has not been able to access Samba TV's source code for further review.  Given the current spike in the number of COVID-19 cases in California, where the source code can be made available, access to the code in the near future is looking decreasingly likely. (*See*

https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx.)

5.      In addition, Gracenote's technical experts who began to review the code prior to the pandemic reside in foreign countries from which travel to the United States would be difficult or impossible.

6.      In particular, technical expert Mehmet Celik resides in the Netherlands, from which there is a U.S. travel ban in effect.  (*See* https://www.schengenvisainfo.com/news/us-visa-esta-holders-outside-eu-cannot-transit-schengen-on-their-way-to-us/.)

7.      Also, technical expert Jaap Haitsma resides in Chile.  Chile is under a state of emergency, and thus, any travel to the U.S. by Mr. Haitsma carries a substantial risk that he will be prohibited from returning to his home in Chile.  (*See* https://cl.usembassy.gov/u-s-citizen-services/security-and-travel-information/covid-19-information/.)

8.      The lack of access to Samba TV's source code will require a delay in the due date for Gracenote's infringement contentions.  Delaying the due date for infringement contentions will have a cascading effect on the other deadlines set forth in the Scheduling Order.

In light of the foregoing, the parties request that the Court stay this case for 80 days and extend all deadlines for approximately the same amount of time.  The chart attached to this Joint

Stipulation sets forth the current case schedule along with a proposed new schedule that moves each of the remaining deadlines by approximately 80 days.

Dated:  July 14, 2020

Respectfully submitted,

*Attorneys for Defendant*
*Free Stream Media Corp. d/b/a Samba TV*

By: */s/ Kelly E. Farnan*
**Kelly E. Farnan (#4395)**
*farnan@rlf.com*
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700

OF COUNSEL:

**Sten Jensen**
*sjensen@orrick.com*
**Orrick Herrington & Sutcliffe LLP**
Columbia Center 1152
15th Street, N.W.
Washington, DC 20005
Telephone:  (202) 339-8436

**Clement Seth Roberts**
*croberts@orrick.com*
**Orrick Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  (415) 773-5700

**Alyssa Caridis**
*acaridis@orrick.com*
**Orrick Herrington & Sutcliffe LLP**
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 612-2372

*Attorneys for Plaintiff*
*Gracenote, Inc.*

By: */s/ David E. Moore*
**David E. Moore (#3983)**
*dmoore@potteranderson.com*
**Stephanie E. O'Byrne (#4446)**
*sobyrne@potteranderson.com*
**Bindu A. Palapura (#5370)**
*bpalapura@pottersanderson.com*
**Potter Anderson & Corroon LLP**
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6251

OF COUNSEL:

**Steven Yovits**
*syovits@kelleydrye.com*
**Constantine Koutsoubas**
*ckoutsoubas@kelleydrye.com*
**Mark J. Scott**
*mascott@kelleydrye.com*
**Kelley Drye & Warren LLP**
333 West Wacker Drive
Chicago, IL 60606
Telephone:  (312) 857-7070

**Clifford Katz**
*ckatz@kelleydrye.com*
**Kelley Drye & Warren LLP**
101 Park Avenue
New York, NY 10178
Telephone:  (212) 808-7800

IT IS SO ORDERED this ___ day of July, 2020

_____
The Honorable Richard G. Andrews
United States District Judge

## CHART OF FUTURE DEADLINES

| ITEM | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Gracenote's responses to Samba TV's second set of requests for documents | July 14, 2020 | October 2, 2020 |
| Gracenote's responses to Samba TV's second set of interrogatories | July 14, 2020 | October 2, 2020 |
| Samba TV's responses to Gracenote's second set of requests for documents | July 27, 2020 | October 15, 2020 |
| Samba TV's responses to Gracenote's second set of interrogatories | July 27, 2020 | October 15, 2020 |
| Infringement contentions | August 18, 2020 | November 6, 2020 |
| Joinder of other parties and amendment of pleadings | September 16, 2020 | December 4, 2020 |
| Invalidity contentions | September 17, 2020 | December 7, 2020 |
| Exchange claim terms for construction and proposed constructions | October 1, 2020 | December 21, 2020 |
| Joint claim construction chart | October 8, 2020 | December 29, 2020 |
| Gracenote's opening claim construction brief | October 29, 2020 | January 18, 2021 |
| Document production complete | November 5, 2020 | January 25, 2021 |
| Samba TV's answering claim construction brief | November 19, 2020 | February 8, 2021 |
| Gracenote's reply claim construction brief | December 3, 2020 | February 22, 2021 |
| Samba TV's sur-reply claim construction brief | December 17, 2020 | March 8, 2021 |
| Parties file joint claim construction brief | December 24, 2020 | March 15, 2021 |
| Markman hearing | January 26, 2021 | April 16, 2021 (subject to the Court's availability) |
| Amendment to contentions | 30 days after Markman order | Unchanged |
| Claim and prior art reference narrowing | 14 days after Markman order | Unchanged |
| Fact discovery cut-off | April 15, 2021 | July 5, 2021 |
| Burden of proof opening expert reports | May 24, 2021 | August 12, 2021 |
| Responsive expert reports | June 17, 2021 | September 6, 2021 |
| Reply expert reports | July 12, 2021 | September 30, 2021 |
| Complete expert depositions | August 19, 2021 | November 8, 2021 |
| Case dispositive motions | September 30, 2021 | December 20, 2021 |
| Answering briefs to dispositive motions | October 28, 2021 | January 18, 2022 |
| Reply briefs in support of dispositive motions | November 18, 2021 | February 7, 2022 |
| Pretrial conference | March 4, 2022 | May 23, 2022 (subject to the Court's availability) |
| Trial begins | March 14, 2022 | June 6, 2022 (subject to the Court's availability) |