# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRACENOTE, INC., | ) |
|     *Plaintiff*, | ) |
|     v. | ) C.A. No. 1:18-cv-01608-RGA |
| FREE STREAM MEDIA CORP. d/b/a SAMBA TV, | ) |
|     *Defendant*. | ) |

## **JOINT STIPULATION TO STAY THE CASE FOR 70 DAYS**

Plaintiff Gracenote, Inc. ("Gracenote") and Defendant Free Stream Media Corp. (d/b/a Samba TV) ("Samba TV") (together, "the parties") jointly stipulate, subject to the Court's approval, to stay this case for an additional seventy (70) days and to extend all deadlines in the Scheduling Order by approximately 70 days. In support of this joint stipulation and request, the parties state as follows:

1. On April 14, 2020, the parties filed a Joint Stipulation to Stay the Case for 90 Days ("the First Joint Stipulation") (D.I. 47). In the First Joint Stipulation, the parties explained that the deadline for Gracenote's infringement contentions – which are required to include pinpoint cites to Samba TV's source code – was approaching quickly, but conditions imposed by the COVID-19 pandemic made review of Samba TV's source code impossible.

2. The Court granted the First Joint Stipulation on the day it was filed (April 14, 2020) (D.I. 48). The resulting stay expired on July 13, 2020.

3. On July 14, 2020, the parties filed a Joint Stipulation to Stay the Case for 80 Days ("the Second Joint Stipulation") (D.I. 49). In the Second Joint Stipulation, the parties explained

that conditions imposed by the COVID-19 pandemic continued to make review of Samba TV's source code impossible.

4. The Court granted the Second Joint Stipulation on July 15, 2020 (D.I. 50). The resulting stay expired on October 1, 2020.

5. On September 22, 2020, the parties filed a Joint Stipulation to Stay the Case for 95 Days ("the Third Joint Stipulation") (D.I. 51). In the Third Joint Stipulation, the parties explained that conditions imposed by the COVID-19 pandemic continued to make review of Samba TV's source code impossible.

6. The Court granted the Third Joint Stipulation on September 23, 2020 (D.I. 52). The resulting stay expired on January 4, 2021.

7. On December 22, 2020, the parties filed a Joint Stipulation to Stay the Case for 90 days ("the Fourth Joint Stipulation") (D.I. 53). In the Fourth Joint Stipulation, the parties explained that conditions imposed by the COVID-19 pandemic continued to make review of Samba TV's source code impossible.

8. The Court granted the Fourth Joint Stipulation on December 29, 2020 (D.I. 54). The resulting stay will expire on April 5, 2021.

9. The parties now respectfully request an additional 70-day stay (until June 14, 2021) because the conditions imposed by the COVID-19 pandemic continue to make review of Samba TV's source code impossible.

10. Gracenote needs to conduct extensive further review of the source code to be in a position to serve its infringement contentions, which are now due on May 10, 2021 (D.I. 54). The source code requires in-person inspection at a secure terminal, pursuant to the agreed procedures set forth in the Source Code Access Agreement (D.I. 37).

11. However, due to the COVID-19 pandemic, Gracenote still has not been able to access Samba TV's source code for further review. The number of COVID-19 cases in California, where the source code can be made available, still has not sufficiently subsided. (*See* https://covid19.ca.gov/stay-home-except-for-essential-needs/.) As a result, California is under a stay-at-home order. (*See id.*)

12. In addition, Gracenote's technical expert who began to review the code prior to the pandemic resides in a foreign country from which travel to the United States would be difficult or impossible.

13. In particular, technical expert Jaap Haitsma resides in Chile. Chile, despite its success in distributing COVID vaccines, is imposing new lockdowns due to a recent spike in infections. Thus, any travel to the U.S. by Mr. Haitsma carries a substantial risk that he will be prohibited from returning to his home in Chile. (*See* https://www.theguardian.com/global-development/2021/mar/28/chile-coronavirus-lockdowns-vaccination-success.)

14. The lack of access to Samba TV's source code will require a delay in the due date for Gracenote's infringement contentions. Delaying the due date for infringement contentions will have a cascading effect on the other deadlines set forth in the Scheduling Order.

15. In a cooperative effort to enable the case to move forward quickly upon expiration of the stay, the parties have agreed that during the stay period, Samba TV will accept (and object to, if necessary) the identification of a Gracenote technical advisor who is proposed to be given access to source code and other confidential Samba TV information.

In light of the foregoing, the parties request that the Court stay this case for an additional 70 days and extend all deadlines for approximately the same amount of time. The chart attached

to this Joint Stipulation sets forth the current case schedule along with a proposed new schedule that moves each of the remaining deadlines by approximately 70 days.

Dated:  March 31, 2021

| | |
|---|---|
| Respectfully submitted,<br>By: */s/ Kelly E. Farnan*<br>**Kelly E. Farnan (#4395)**<br>*farnan@rlf.com*<br>**Richards, Layton & Finger, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 651-7700<br><br>OF COUNSEL:<br><br>**Sten Jensen**<br>*sjensen@orrick.com*<br>**Orrick Herrington & Sutcliffe LLP**<br>Columbia Center 1152<br>15th Street, N.W.<br>Washington, DC 20005<br>Telephone:  (202) 339-8436<br><br>**Clement Seth Roberts**<br>*croberts@orrick.com*<br>**Orrick Herrington & Sutcliffe LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:  (415) 773-5700<br><br>**Alyssa Caridis**<br>*acaridis@orrick.com*<br>**Orrick Herrington & Sutcliffe LLP**<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017<br>Telephone:  (213) 612-2372<br><br>*Attorneys for Defendant*<br>*Free Stream Media Corp. d/b/a Samba TV* | By: */s/ Bindu A. Palapura*<br>**David E. Moore (#3983)**<br>*dmoore@potteranderson.com*<br>**Stephanie E. O'Byrne (#4446)**<br>*sobyrne@potteranderson.com*<br>**Bindu A. Palapura (#5370)**<br>*bpalapura@pottersanderson.com*<br>**Potter Anderson & Corroon LLP**<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-0951<br>Telephone:  (302) 984-6251<br><br>OF COUNSEL:<br><br>**Steven Yovits**<br>*syovits@kelleydrye.com*<br>**Constantine Koutsoubas**<br>*ckoutsoubas@kelleydrye.com*<br>**Mark J. Scott**<br>*mascott@kelleydrye.com*<br>**Kelley Drye & Warren LLP**<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Telephone:  (312) 857-7070<br><br>**Clifford Katz**<br>*ckatz@kelleydrye.com*<br>**Kelley Drye & Warren LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone:  (212) 808-7800<br><br>*Attorneys for Plaintiff*<br>*Gracenote, Inc.* |

IT IS SO ORDERED this __31__ day of __March__, 2021

/s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Judge

# CHART OF FUTURE DEADLINES

| ITEM | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Gracenote's responses to Samba TV's second set of requests for documents | April 6, 2021 | June 15, 2021 |
| Gracenote's responses to Samba TV's second set of interrogatories | April 6, 2021 | June 15, 2021 |
| Samba TV's responses to Gracenote's second set of requests for documents | April 19, 2021 | June 28, 2021 |
| Samba TV's responses to Gracenote's second set of interrogatories | April 19, 2021 | June 28, 2021 |
| Infringement contentions | May 10, 2021 | July 19, 2021 |
| Joinder of other parties and amendment of pleadings | June 7, 2021 | August 16, 2021 |
| Invalidity contentions | June 10, 2021 | August 19, 2021 |
| Exchange claim terms for construction and proposed constructions | June 24, 2021 | September 2, 2021 |
| Joint claim construction chart | July 7, 2021 | September 15, 2021 |
| Gracenote's opening claim construction brief | July 23, 2021 | October 1, 2021 |
| Document production complete | July 30, 2021 | October 8, 2021 |
| Samba TV's answering claim construction brief | August 13, 2021 | October 22, 2021 |
| Gracenote's reply claim construction brief | August 27, 2021 | November 5, 2021 |
| Samba TV's sur-reply claim construction brief | September 10, 2021 | November 19, 2021 |
| Parties file joint claim construction brief | September 17, 2021 | November 30, 2021 |
| Markman hearing | September 29, 2021 | December 14, 2021 |
| Amendment to contentions | 30 days after *Markman* order | Unchanged |
| Claim and prior art reference narrowing | 14 days after *Markman* order | Unchanged |
| Fact discovery cut-off | January 7, 2022 | March 18, 2022 |
| Burden of proof opening expert reports | February 14, 2022 | April 25, 2022 |
| Responsive expert reports | March 11, 2022 | May 20, 2022 |
| Reply expert reports | April 4, 2022 | June 13, 2022 |
| Complete expert depositions | May 13, 2022 | July 22, 2022 |
| Case dispositive motions | June 24, 2022 | September 2, 2022 |
| Answering briefs to dispositive motions | July 25, 2022 | October 3, 2022 |
| Reply briefs in support of dispositive motions | August 12, 2022 | October 21, 2022 |
| Pretrial conference | December 2, 2022 | February 10, 2023 |
| Trial begins | December 12, 2022 | February 21, 2023 |